FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANE GARDNER,<br><br>                    Plaintiff,<br><br>     v.<br><br>FOREMOST INSURANCE COMPANY,<br><br>                    Defendant. | No.   4:15-CV-5104-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 25, 2016, the parties filed a stipulated dismissal, ECF No. 27. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

   **1.**   The parties' Stipulation and Proposed Order of Dismissal, **ECF No. 27**, is **GRANTED.**

   **2.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

   **3.**   All pending motions are **DENIED AS MOOT.**

   **4.**   All hearings and other deadlines are **STRICKEN.**

   **5.**   The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 29th day of March 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge